*Paid $1.40*
*# 7659 11/9/10*

**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

November 8, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    **Dorota J. Krupa - Case #09-23210**
            **Request to Deposit - Rule 3010 (a) into the United States Treasury**

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $1.40. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "Rule 3010(a)."

**Claimant:** Aargon Agency, Inc.    **Amount:** $1.40    **Claims Register:** #24

C. Bruce Lawrence



RECEIVED
NOV -9 2010
BANKRUPTCY COURT
ROCHESTER, NY

Case 2-09-23210-JCN   Doc 64   Filed 11/09/10   Entered 11/09/10 14:32:06   Desc Main
Document    Page 1 of 2

Date: 11/08/10                           Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-23210 - KRUPA, DOROTA J.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Aargon Agency Inc<br>3025 W SAHARA<br>Las Vegas, NV 89102 | 000024 | 63.69 | 1.40 |
| ---------- Remittance Total --------------- | | 63.69 | 1.40 |

C. BRUCE LAWRENCE, Trustee